

# Fourth Court of Appeals
## San Antonio, Texas

November 9, 2018

No. 04-18-00258-CV

**THIRTY-EIGHT THOUSAND FOUR HUNDRED DOLLARS ($38,400.00) UNITED STATES CURRENCY,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2016CI00346
Honorable Antonia Arteaga, Judge Presiding

# O R D E R

Appellant's brief was originally due July 18, 2018. Prior to that due date, we granted appellant's request for a copy of the appellate record. Thereafter, on July 5, 2018, appellant filed his appellate brief; however, the brief did not comply with Rules 9.5 or 38.1 of the Texas Rules of Appellate Procedure. Accordingly, we struck the brief and ordered appellant to file an amended brief on or before September 14, 2018. In that order, we also outlined which portions of the rules the brief violated and provided appellant a copy of Rules 9.5 and 38.1. Thereafter, appellant filed a series of pro se motions, specifically a Motion for Discovery and Motion to Abate, each of which were denied. In our last order, we reminded appellant that his amended brief was past due and ordered his brief due on or before November 5, 2018. Neither the amended brief nor a motion for extension of time has been filed. Rather, appellant filed a letter requesting a new trial.

We therefore **order** appellant to file, **on or before November 19, 2018**, his appellant's brief and a written response reasonably explaining his failure to timely file the amended brief. If appellant fails to file a brief and the written response by the date ordered, we will dismiss the appeal for want of prosecution. *See* TEX. R. APP. P. 38.8(a).

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of November, 2018.



_____
KEITH E. HOTTLE,
Clerk of Court